Page -1-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § <br> § <br> *Plaintiff*, § <br> vs. § <br> § <br> HUAWEI TECHNOLOGIES CO., LTD., § <br> INRIX, INC., METROPCS WIRELESS, INC., § <br> CELLULAR USA INC., PERSONAL § <br> COMMUNICATIONS DEVICES, LLC, § <br> TELENAV, INC., UTSTARCOM, INC. and § <br> ZTE (USA) INC. § <br> § <br> *Defendants*. § | Case No.:  2:10-cv-145 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF TRAFFIC INFORMATION, LLC'S DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff, Traffic Information, LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of Traffic Information LLC's stock.

Respectfully submitted,

Dated:  April 30, 2010    By: /s/ Elizabeth L. DeRieux
　　　　　　　　　　　　　　C. Dale Quisenberry
　　　　　　　　　　　　　　State Bar No. 24005040
　　　　　　　　　　　　　　dquisenberry@pqelaw.com
　　　　　　　　　　　　　　John T. Polasek
　　　　　　　　　　　　　　State Bar. No. 16088590
　　　　　　　　　　　　　　tpolasek@pqelaw.com
　　　　　　　　　　　　　　Jeffrey S. David
　　　　　　　　　　　　　　State Bar No. 24053171
　　　　　　　　　　　　　　jdavid@pqelaw.com
　　　　　　　　　　　　　　POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
　　　　　　　　　　　　　　6750 West Loop South, Suite 920
　　　　　　　　　　　　　　Bellaire, Texas 77401
　　　　　　　　　　　　　　Telephone: (832) 778-6000
　　　　　　　　　　　　　　Facsimile: (832) 778-6010

        S. Calvin Capshaw
        State Bar No. 03783900
        ccapshaw@capshawlaw.com
        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@capshawlaw.com
        CAPSHAW DERIEUX, L.L.P.
        1127 Judson Road, Suite 220
        P.O. Box 3999
        Longview, Texas 75601-5157
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787

        ATTORNEYS FOR PLAINTIFF