AO 120 (Rev. 3/04j)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313·1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 US.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Eastern District of Texas on the following  ☒ Patents or  ☐ Trademarks:

| DOCKET NO.<br>2:10-cv-145 | DATE FILED<br>4/30/10 | U.S. DISTRICT COURT<br>U.S. District Court for the Eastern District of Texas, Marshall Division |
|---|---|---|
| PLAINTIFF<br>Traffic Information, LLC | | DEFENDANT<br>Huawei Technologies Co., Ltd., et al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,785,606 | 8/31/04 | Traffic Information, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY:<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1-Upon initiation of action. mail Ibis copy to Director     Copy 3-Upon termination of action. mail this copy to Director
Copy 2-Upon filing document adding patent(s), mail this copy to Director     Copy 4-Case file copy