UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:10-cv-145

Name of party requesting extension: MetroPCS Wireless, Inc.

Is this the first application for extension of time in this case?   ✓ Yes
   ☐ No

If no, please indicate which application this represents:   ☐ Second
   ☐ Third
   ☐ Other _____

Date of Service of Summons: 5/10/2010

Number of days requested:   ☐ 30 days
   ☐ 15 days
   ✓ Other  45  days

New Deadline Date: 7/15/2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Garreth A. Sarosi

State Bar No.: 24039373

Firm Name: MetroPCS Wireless, Inc.

Address: 2250 Lakeside Boulevard
         Richardson, TX  75082

Phone: 469-330-4784

Fax: 866-715-8790

Email: gsarosi@metropcs.com

A certificate of conference does not need to be filed with this unopposed application.