IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § § *Plaintiff*, § vs. § § HUAWEI TECHNOLOGIES CO., LTD. § *et al.* § § *Defendants.* § § | Case No. 2:10-CV-145-TJW **JURY TRIAL DEMANDED** |

**STIPULATION REGARDING DISMISSAL WITH PREJUDICE
OF DEFENDANT UTSTARCOM, INC.**

Plaintiff Traffic Information, LLC ("Traffic") and defendant UTStarcom, Inc. ("UTStarcom"), stipulate that they have reached final agreement on settlement of the claims and counterclaims made in this action and all other claims or counterclaims that might have been brought relating to U.S. Patent Nos. 6,466,862, 6,574,548 and 6,785,606, and all related patents and patent applications identified in the settlement agreement. Based upon the agreement, consent and approval of the parties, Traffic and UTStarcom, through their respective attorneys, further stipulate as follows:

1. This Court has personal jurisdiction over Traffic and UTStarcom, and over the subject matter of this action.

2. Each claim made and that could have been made by Traffic against UTStarcom, and each counterclaim made and that could have been made by UTStarcom against Traffic, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. Traffic's claims against the other defendants in this action shall remain pending.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

AGREED TO AND ACCEPTED BY:

/s/ C. Dale Quisenberry
C. Dale Quisenberry
dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Counsel for Traffic Information, LLC*


/s/ Alison M. Tucher by permission C. Dale Quisenberry
Alison M. Tucher
atucher@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for UTStarcom, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of September, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ C. Dale Quisenberry