IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § | |
| *Plaintiff*, | § | |
| vs. | § § | |
| HUAWEI TECHNOLOGIES CO., LTD. *et al.* | § § § | Case No. 2:10-CV-145-TJW |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PERSONAL COMMUNICATIONS DEVICES, LLC

Plaintiff Traffic Information, LLC hereby dismisses without prejudice its claims in the above-captioned matter against defendant Personal Communications Devices, LLC ("PCD") pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. PCD has not filed an answer or motion for summary judgment. As such, no court order is required. This dismissal does not apply to any other defendant in this case.

Respectfully submitted,

Dated: October 4, 2010          By:   /s/ C. Dale Quisenberry
                                      C. Dale Quisenberry
                                      State Bar No. 24005040
                                      dquisenberry@pqelaw.com
                                      John T. Polasek
                                      State Bar. No. 16088590
                                      tpolasek@pqelaw.com
                                      Jeffrey S. David
                                      State Bar No. 24053171
                                      jdavid@pqelaw.com
                                      POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
                                      6750 West Loop South, Suite 920
                                      Bellaire, Texas 77401
                                      Telephone: (832) 778-6000
                                      Facsimile: (832) 778-6010

        S. Calvin Capshaw
        State Bar No. 03783900
        ccapshaw@capshawlaw.com
        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@capshawlaw.com
        CAPSHAW DERIEUX, L.L.P.
        1127 Judson Road, Suite 220
        P.O. Box 3999
        Longview, Texas 75601-5157
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of October, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ C. Dale Quisenberry